Chien Tang

162 San Pablo Rd. N

Jacksonville, Florida 32225

actowel@gmail.com


Date: June 25, 2025

FILED
U.S. BANKRUPTCY COURT

JUN 3 0 2025

SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

To:

United States Bankruptcy Court

Southern District of Indiana

46 E Ohio Street, Room 116

Indianapolis, IN 46204


Re: Case No. 23-05593-JJG-7A / Adversary Proceeding No. 25-50036

Response to Alias Summons in Adversary Proceeding


Dear Clerk of the Court,


My name is Chien Tang, the named Defendant in the above-referenced adversary proceeding. I am writing in response to the letter and summons recently sent to my property.


Please be advised that I am currently out of the country and was only recently made aware of this matter. The funds in question-specifically, the $25,000 referenced-were payments made to me by Mr. Rodney Grubbs for the purchase of supplies and materials for his business. These payments were made under a verbal agreement between Mr. Grubbs and me, structured as a personal loan in the ordinary course of business. There are no written contracts or formal documentation for these transactions.


I am now retired and no longer working at the age of 78. I do not have possession of the referenced funds.


This letter serves as my good faith response to the summons and as a statement of the facts as I understand them.


Respectfully submitted,


Chien Tang

☑ ENVELOPE NOT PROVIDED
☑ COPIES NOT PROVIDED