FILED
U.S. BANKRUPTCY COURT

DEC 22 2025

SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In re: RODNEY GRUBBS
Case No. 23-05593-JJG-7A

JOANNE FRIEDMEYER, Trustee, Plaintiff
v.
CHIEN TANG, Defendant
Adversary Proceeding No. 25-50036

## MOTION TO WITHDRAW OR AMEND DEEMED ADMISSIONS

COMES NOW Defendant, **Chien Tang**, appearing pro se, and respectfully moves the Court for permission to withdraw or amend any admissions deemed admitted as a result of Defendant's failure to timely respond to Plaintiff's Requests for Admissions, and states as follows:

1. Defendant is nearly 80 years old, not employed, and has no legal training.

2. Defendant did not intentionally ignore the Court and believed email responses were sufficient.

3. Defendant was confused by filing procedures and was out of the country for extended periods.

4. Allowing withdrawal will not unfairly prejudice the Trustee.

5. Justice is better served by deciding this matter on the merits rather than procedural error.

WHEREFORE, Defendant respectfully requests permission to withdraw or amend any deemed admissions and to allow additional time to respond properly.

Respectfully submitted,

_Chien Tang_
Chien Tang, Defendant Pro Se

**Certificate of Service**
I certify that a copy of this Motion was mailed to counsel for the Trustee on the date below.

_Chien Tang_
Chien Tang
Date: _12-15-25_

**DECLARATION OF CHIEN TANG**

I, Chien Tang, declare as follows:

1. I am almost 80 years old and live on limited means.

2. I am not a lawyer and do not understand court procedures.

3. I did not intentionally ignore the Court and believed I had responded in good faith.

4. I was out of the country and relied on family assistance, causing confusion.

5. I was frightened to learn that a procedural mistake could result in automatic judgment.

6. I respectfully ask the Court for understanding and an opportunity to respond properly.

I declare under penalty of perjury that the foregoing is true and correct.

_Chien Tang_

Chien Tang
Date: _12-15-25_

CERTIFIED MAIL

JACKS
15 DE

Retail

UNITED STATES
POSTAL SERVICE®

RDC 99

9589 0710 5270 3258 7276 41

U.S. POSTAGE PAID
FCM LETTER
JACKSONVILLE BEACH
FL 32250
DEC 15, 2025
$6.08
S2324K500567-46

46204

Chien Tang
162 San Pablo Rd. N
Jacksonville, FL 32225

Clerk, US Bankruptcy Court
46 E. Ohio Street, Room 16
Indianapolis, IN 46204

46204-199999