FILED
U.S. BANKRUPTCY COURT

JAN 14 2026

## REQUEST TO CONTINUE HEARING (30 DAYS)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

Case No.: 23-05593-JJG-7A
Adversary Proceeding No.: 25-50036

In re: Rodney Grubbs

Plaintiff: Joanne Friedmeyer, Trustee
Defendant: Chien Tang

Dear Judge,

My name is Chien Tang. I am the Defendant in this case and I do not have a lawyer.

I respectfully ask the Court to delay the hearing currently scheduled for January 20, 2026, for 30 days, for the following reasons:

1. I am nearly 80 years old.
2. English is not my first language, and I do not understand English well.
3. I have difficulty understanding court procedures and filings.
4. I need a short amount of time to better understand the process and arrange language assistance so I can properly participate.

I am not asking for a delay to avoid this case. I am only asking for a short delay so I can understand what is happening and respond correctly.

I contacted the Trustee's attorney regarding this request. The Trustee objects to continuing the hearing.

Thank you for your consideration.

Respectfully,

*Chien Tang*

Chien Tang
Defendant, Pro Se
Date: 1/8/26

☑ ENVELOPE NOT PROVIDED
☑ COPIES NOT PROVIDED

**CERTIFICATE OF SERVICE**

I certify that a copy of this Request to Continue Hearing was mailed on the date below to:

Joseph L. Mulvey
MULVEY LAW LLC
133 W. Market St., #274
Indianapolis, IN 46204

_Chien Tang_

Chien Tang
Date: __1/8/26__

Chien Tang
162 San Pablo Rd. N
Jacksonville, FL 32225

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

5270 3485 1701 73

Retail



46204

RDC 99

U.S. POST
FCM LETT
ATLANTIC
JAN 09, 20

**$6.0**

S2324M5(

U.S. Bankruptcy Court
Southern District of Indiana
Clerk's Office
46 E. Ohio Street, Room 116
Indianapolis, IN 46204