**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODNEY GRUBBS | ) | CASE NO. 23-05593-JJG-7A |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOANNE FRIEDMEYER, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 25-50036 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| CHIEN TANG | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Comes now Plaintiff, Joanne Friedmeyer the Chapter 7 trustee, by counsel, and defendant, Chien Tang and hereby stipulate to the dismissal of the above-captioned adversary proceeding, with prejudice, all costs paid.

Respectfully submitted,

Defendant,

Chien Tang

MULVEY LAW LLC
Counsel for Plaintiff

/s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)
MULVEY LAW LLC
133 W. Market Street, No. 274
Indianapolis, IN 46204

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF electronic filing system on this **30th** day of **April**, **2026**.

/s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)